Paul Swenson Prior, Esq.
Nevada Bar No. 9324
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: sprior@swlaw.com

*Attorneys for Defendant International*
*House of Pancakes, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRACI L. MARTIN and VICKIE A. HOOD,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL HOUSE OF PANCAKES, LLC, a foreign Limited Liability Company; FARSHAD ASHOORI, an individual, RAINBOW 1606, INC., a Nevada corporation, doing business as IHOP; DOES I through X inclusive, and ROES CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No. 2:16-cv-02097-JCM-VCF<br><br>ORDER GRANTING<br>**DEFENDANT INTERNATIONAL HOUSE OF PANCAKES, LLC'S MOTION FOR IHOP'S REPRESENTATIVE TO APPEAR AT THE EARLY NEUTRAL EVALUATION BY TELEPHONE** |

Defendant International House of Pancakes, LLC ("IHOP"), by and through its attorneys, hereby submits its motion for leave to allow the IHOP Corporate Representative to appear at the Early Neutral Evaluation ("ENE") by telephone. For the reasons set forth below, the Court should grant IHOP's motion.

1.     The Court has set the ENE for December 20, 2016.

2.     IHOP will submit its statement in advance of the ENE. P. Swenson Prior, IHOP's counsel, will appear in person.

3.     Because IHOP is indemnified by Defendants Farshad Ashoori and Rainbow 1606, Inc., and for the reasons on the merits set forth below in Paragraphs 4, 5, and 6, IHOP is not inclined to make any payment to resolve this matter. As such, and so as to not waste the Court's time and resources and to enable the Court to focus on the true parties at issue--namely Ashoori,

Rainbow 1606, and Plaintiff, IHOP respectfully requests that the Court excuse its corporate representative from appearing in person at the ENE. IHOP's representative will be available by telephone. IHOP believes that if this matter can be resolved at the ENE, it can be done so more effectively between Plaintiff and Defendants Ashoori and Rainbow 1606.

4.     IHOP makes this request in good faith, and not to cause any undue difficulty or delay. Indeed, counsel for Plaintiff and Defendants Ashoori and Rainbow 1606 have had discussions regarding various issues, including procedural and substantive issues. For example, the Defendants discussed the various indemnification and franchise agreement and also issues regarding joint representation questions. These discussions contributed to the delay in filing this motion as it was unclear, until recently, whether this motion would be needed.

5.     There is also no prejudice for filing this motion now, as the ENE is scheduled for December 20, 2016 and the counsel for Plaintiff and Defendants Ashoori and Rainbow 1606 have stated that they do not have any objection to allowing IHOP's corporate representative to appear at the Early Neutral Evaluation by telephone.

6.     Counsel for IHOP has also conducted telephone conferences with Counsel for Plaintiff, who has indicated that at this time, Plaintiff is not seeking any contribution from IHOP for any settlement that may be reached at the ENE.

WHEREFORE, IHOP respectfully requests that the Court grant this motion and allow IHOP's corporate representative to appear at the ENE by telephone.

DATED: November 16, 2016.

Respectfully submitted,

IT IS SO ORDERED.
Dated: December 2, 2016

SNELL & WILMER L.L.P.

_/s/  Paul Swenson Prior_
Paul Swenson Prior (NV Bar No. 9324
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
_Attorneys for Defendant International House of Pancakes, LLC_

_____
Nancy J. Koppe
United States Magistrate Judge

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200